**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMONE E. STOREY, | No. CIV S-08-1975-JAM-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| WARDEN DEUEL VOCATIONAL INSTITUTION, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 9, 2008, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

---

[1]   While the petition is filed on a form for a motion by a federal prisoner under 28 U.S.C. § 2255, it is clear that petitioner is challenging a state court conviction.

1

1  The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the Magistrate Judge's analysis.

3  Accordingly, IT IS HEREBY ORDERED that:

4  1. The findings and recommendations filed October 9, 2008, are adopted in

5  full;

6  2. This action is dismissed, without prejudice, for lack of prosecution and

7  failure to comply with court rules and orders; and

8  3. The Clerk of the Court is directed to enter judgment of dismissal and close

9  this file.

10

11  DATED: 12/19/2008

12  /s/ John A. Mendez

13  U. S. District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26